3/14/2025 1:31 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-22-002025
Selina Hamilton

CAUSE NO. D-1-GN-22-002025

| | | |
|---|---|---|
| DR. PAZ ELIZONDO, | § | IN THE DISTRICT COURT OF |
| *Plaintiff,* | § | |
| | § | FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS |
| v. | § | TRAVIS COUNTY, TEXAS |
| | § | 3/18/2025 10:12:14 AM
CHRISTOPHER A. PRINE
Clerk |
| MIKE MORATH, TEXAS | § | |
| COMMISSIONER OF EDUCATION, | § | |
| AND LA VILLA INDEPENDENT | § | |
| SCHOOL DISTRICT, | § | |
| *Defendants.* | § | 455TH JUDICIAL DISTRICT |

## NOTICE OF APPEAL OF DEFENDANT MIKE MORATH, TEXAS COMMISSIONER OF EDUCATION

1.      Cause No. D-1-GN-22-002025, styled *Dr. Paz Elizondo v. Mike Morath, in his official capacity as Texas Commissioner of Education and La Villa Independent School District,* was filed in the 455th Judicial District Court of Travis County, Texas.

2.      The Hon. Maya Guerra Gamble, presiding judge of the 459th District Court of Travis County, signed an order on February 12, 2025, reversing the Commissioner's decision in Docket No. 049-R10-07-2021 and dismissing Dr. Elizondo's purported declaratory judgment claim.[1]

---

[1] Commissioner Morath and La Villa Independent School District appealed the First Amended Final Judgment. *See* Cause No. 03-23-00125-CV, styled *Mike Morath, in his official capacity as Texas Commissioner of Education and La Villa Indep. Sch. Dist. v. Dr. Paz Elizondo.* After the completion of briefing, the Third Court of Appeals questioned its jurisdiction to resolve the appeal and abated the appeal, remanding for the trial court to clarify whether it had intended to dismiss Dr. Elizondo's declaratory judgment claim. In response, the trial court signed the Second Amended Final Judgment expressly dismissing the declaratory judgment claim on February 12, 2025. Consequently, the Fifteenth Court of Appeals has exclusive jurisdiction over this appeal. *See* Tex. Gov't Code § 22.220(d)(1).

3.      Defendant Mike Morath, in his official capacity as Texas Commissioner of Education, desires to appeal that portion of the Second Amended Final Judgment reversing his decision to the Fifteenth Court of Appeals.

Dated:   March 14, 2025

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

ERNEST C. GARCIA
Chief, Administrative Law Division

*/s/ Karen L. Watkins*
KAREN L. WATKINS
Assistant Attorney General
State Bar 20927425
OFFICE OF THE ATTORNEY GENERAL
ADMINISTRATIVE LAW DIVISION
P.O. Box 12548
Austin, Texas 78711-2548
Telephone:   (512) 475-4208
Facsimile:    (512) 320-0167
E-mail:   karen.watkins@oag.texas.gov

*Attorneys for Defendant Mike Morath, Texas Commissioner of Education*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on March 14, 2025, on the following attorneys-in-charge, by e-service:

RUBEN R. PEÑA
State Bar No. 15740900
LAW OFFICES OF RUBEN R. PEÑA, P.C.
222 W. Harrison, Suite B
Harlingen, Texas 78550
Tel.:   (956) 496-2060
ruben@rubenpenalaw.com

ATTORNEY FOR PETITIONER,
DR. PAZ ELIZONDO

DAVID CAMPBELL
State Bar No. 24057033
THOMPSON & HORTON
8300 N. MoPac Expwy., Suite 220
Austin, Texas 78759
Tel.:   (512) 615-2350
Fax:   (713) 583-8884
dcampbell@thompsonhorton.com

COUNSEL FOR DEFENDANT LA VILLA
INDEPENDENT SCHOOL DISTRICT

/s/ *Karen L. Watkins*
KAREN L. WATKINS
Attorney for Defendant

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jeff Lutz on behalf of Karen Watkins
Bar No. 20927425
jeff.lutz@oag.texas.gov
Envelope ID: 98477085
Filing Code Description: Notice of Appeal
Filing Description: NOTICE OF APPEAL OF DEFENDANT MIKE MORATH, TEXAS COMMISSIONER OF EDUCATION
Status as of 3/14/2025 4:05 PM CST

Associated Case Party: LA VILLA INDEPENDENT SCHOOL DISTRICT

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kristi Godden | 24079577 | Kristi.Godden@utsa.edu | 3/14/2025 1:31:22 PM | SENT |
| Kristy Alonzo | | kalonzo@thompsonhorton.com | 3/14/2025 1:31:22 PM | SENT |
| Eden Ramirez | | eramirez@808west.com | 3/14/2025 1:31:22 PM | SENT |
| David J.Campbell | | dcampbell@thompsonhorton.com | 3/14/2025 1:31:22 PM | SENT |
| Kate French | | kfrench@thompsonhorton.com | 3/14/2025 1:31:22 PM | SENT |
| Johan Holter | | jholter@808west.com | 3/14/2025 1:31:22 PM | SENT |
| David Campbell | | dcampbell@808west.com | 3/14/2025 1:31:22 PM | SENT |
| Cassandra Cottrell | | ccottrell@808west.com | 3/14/2025 1:31:22 PM | SENT |
| Kathryn French | | kfrench@808west.com | 3/14/2025 1:31:22 PM | SENT |

Associated Case Party: PAZ ELIZONDO

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Ruben Pena | 15740900 | ruben@rubenpenalaw.com | 3/14/2025 1:31:22 PM | SENT |

Associated Case Party: MIKE MORATHTEXAS COMMISSIONER OF EDUCATION

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jeff Lutz | | jeff.lutz@oag.texas.gov | 3/14/2025 1:31:22 PM | SENT |
| Karen Watkins | | karen.watkins@oag.texas.gov | 3/14/2025 1:31:22 PM | SENT |